UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefits of NRA CONSTRUCTION COMPANY, INC., a California Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>EAI INTERNATIONAL, a California corporation, and JAMES E. ZOURCHA, an individual surety,<br><br>                Defendants. | 2:06-cv-0434-GEB-GGH<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        Plaintiff's Status Report filed May 22, 2006, states that "Defendants were served in this case in April and have not yet appeared . . . ." (Pl.'s Status Report at 1.) Nevertheless, Plaintiff's Status Report indicates that this action may be fully scheduled. Plaintiff has not shown that the schedule it proposes should be adopted because Plaintiff has not demonstrated that it is authorized to litigate this action other than by way of default proceedings. Plaintiff's Status Report is devoid of any discussion of default proceedings, except for the statement that "Plaintiff only anticipates filing a motion to enter default if the complaint is not

1

answered shortly . . . ." (Id. at 2.)  Since Plaintiff has not shown that it may litigate this action apart from compliance with default procedures, the Status (Pretrial Scheduling) Conference set for June 5, 2006, is rescheduled for September 25, 2006, at 9:00 a.m. Plaintiff shall file a further status report no later than September 11, 2006, in which it explains why this action should not be dismissed for its failure to litigate using default procedures or, in the alternative, how and when Plaintiff will litigate default proceedings.

IT IS SO ORDERED.

Dated:  May 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge