IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of NRA CONSTRUCTION COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>EAI INTERNATIONAL et al.,<br><br>　　　　Defendants.<br>_____/ | CIV-S-06-0434 GEB GGH<br><br><br><br><br><br>ORDER |

　　　　Presently before the court is a declaration of Karen Shanbrom, counsel for defendant Zoucha, in support of a request for issuance of document subpoena on Gerald Napiewocki, Contracting Officer for the U.S. Air Force responsible for the Travis Air Force Base project at issue in this action.  The declaration is not accompanied by a motion; however, the court will construe it as a motion to enforce subpoena.  As such, the motion has been brought outside the discovery deadline which was September 5, 2007.  See Status (Pretrial Scheduling) Order, filed December 7, 2006.  Nevertheless, if defendant Zoucha is able to obtain a stipulation from the subpoenaed party and plaintiff, the court will sign a proposed order.  If plaintiff objects to enforcement of the subpoena because the discovery cutoff precludes its enforcement, plaintiff shall file objections.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The declaration of Karen Shanbrom in support of defendant Zoucha's request for issuance of document subpoena is construed as a motion to enforce subpoena.

2. Defendant Zoucha shall serve this order on the subpoenaed party within five days of this order.

3. Within fifteen days of this order, either Zoucha, the subpoenaed party and plaintiff shall file a stipulated proposed order to enforce the subpoena, or the subpoenaed party and/or plaintiff shall file objections to enforcement of the subpoena.

DATED: 9/24/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
NRA0434.ord.wpd