IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of NRA CONSTRUCTION COMPANY, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EAI INTERNATIONAL; and JAMES E. ZOURCHA,<br><br>　　　　　　Defendants. | 2:06-CV-434-GEB-GGH<br><br><br><br><br>ORDER |

　　　　The law firm of Sedgwick, Detert, Moran & Arnold, LLP ("Sedgwick") moves for leave to withdraw as counsel of record for Defendant James E. Zoucha.[1] However, nothing in the papers demonstrates that Zoucha has been informed of the obligations and meaningful dates prescribed in the Rule 16 scheduling order, including the obligation to file a joint pretrial statement. Zoucha would be responsible for fulfilling these obligations were Sedgwick's

---

[1] Defendant James E. Zoucha was erroneously named as James E. Zourcha in the Complaint. (Decl. of Karen Shanbrom in Supp. of Mot. for Leave to Withdraw ¶ 1.)

1

1  withdrawal motion granted, and Sedgwick has not demonstrated that it
2  has "taken reasonable steps" to ensure that Zoucha understands his
3  litigation obligations following the withdrawal.  (Cal. Rules of Prof.
4  Conduct § 3-700(A)(2).)  See California v. M & P Invs., 2007 WL
5  3119666, *2 (E.D. Cal. Oct. 23, 2007) ("[I]n California, withdrawal is
6  proper when the client's interest will not be unduly prejudiced or
7  delayed.").  Therefore, Sedgwick's motion to withdraw is denied
8  without prejudice.
9          IT IS SO ORDERED.
10 Dated:  December 11, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge