1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA, for the  )
     Use and Benefit of NRA            )      2:06-CV-434-GEB-GGH
12   CONSTRUCTION COMPANY, INC.,        )
                                        )
13                      Plaintiff,      )
                                        )
14        v.                            )      ORDER
                                        )
15   EAI INTERNATIONAL; and JAMES E.    )
     ZOURCHA,                           )
16                                      )
                        Defendants.     )
17   _____)

18

19        The law firm of Sedgwick, Detert, Moran & Arnold, LLP

20   ("Sedgwick") applies for an order shortening time to hear Sedgwick's

21   motion for leave to withdraw as counsel of record for Defendant James

22   E. Zoucha.[1]  Since Sedgwick has not submitted an affidavit setting

23   ///

24   ///

25   ///

26

27   _____

28        [1]    Defendant James E. Zoucha was erroneously named as James E.
     Zourcha in the Complaint.  (Decl. of Karen Shanbrom in Supp. of Mot. for
     Leave to Withdraw ¶ 1.)

                                    1

1  forth "the circumstances claimed to justify the issuance of an order

2  shortening time," as prescribed in Local Rule 6-144(e), the

3  application is denied.  See L.R. 6-144(e).

4        IT IS SO ORDERED.

5  Dated:  December 13, 2007

6

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28