IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA, for the   )
Use and Benefit of NRA              )    2:06-CV-434-GEB-GGH
CONSTRUCTION COMPANY, INC.,         )
                                    )
              Plaintiff,            )
                                    )
      v.                            )    ORDER
                                    )
EAI INTERNATIONAL; and JAMES E.     )
ZOURCHA,                            )
                                    )
              Defendants.           )
_____)
```

The law firm of Sedgwick, Detert, Moran & Arnold, LLP ("Sedgwick") moves to withdraw as counsel for Defendant James E. Zoucha ("Zoucha").[1]  Sedgwick argues that it should be permitted to withdraw because Zoucha owes the firm more than $20,000 in outstanding legal fees.  (Shanbrom Decl. ¶ 8.)  Further, Zoucha has advised Sedgwick that he does not have any money to pay these fees.  (Shanbrom Decl. ¶ 8.)  Therefore, the motion is granted.  In order to ensure

---

[1] Defendant James E. Zoucha was erroneously named as James E. Zourcha in the Complaint. (Decl. of Karen Shanbrom in Supp. of Order to Shorten Time ("Shanbrom Decl.") ¶ 1.)

1

that Zoucha has more time to join in preparing a joint pretrial statement, the pretrial conference is re-scheduled for February 25, 2008 at 2:30 p.m.[2]

       IT IS SO ORDERED.

Dated:  January 9, 2008

                               GARLAND E. BURRELL, JR.
                               United States District Judge

---

[2] This modification to the Rule 16 scheduling order reduces the amount of time between the trial commencement date of April 22, 2008, and the final pretrial conference.  Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.

2