UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of NRA CONSTRUCTION COMPANY, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>EAI INTERNATIONAL; and JAMES E. ZOURCHA,<br><br>           Defendants. | 2:06-CV-434-GEB-GGH<br><br><br><br><u>ORDER</u> |

        The final pretrial conference scheduled in this action for January 25, 2008 is rescheduled to commence at 1:30 p.m. on March 17, 2008.  Defendant James E. Zoucha[1] ("Defendant") shall file a pretrial statement at least seven (7) days prior to the rescheduled final pretrial conference.  This rescheduling is necessitated because it has come to the Court's attention that Defendant has not been served with a copy of the order filed January 9, 2008, that granted his then-lawyer's motion to withdraw as counsel of record.  This lack of service was discovered as the

---

      [1]    Defendant James E. Zoucha was erroneously named as James E. Zourcha in the Complaint. (Decl. of Karen Shanbrom in Supp. of Zoucha's Opp'n to Pl.'s Mot. for Summ. J. ¶ 1.)

1

Court was on the brink of issuing an order to Defendant requiring him to show cause why he should not be sanctioned for failure to file a pretrial statement.  It is recognized that Plaintiff's counsel indicated in its separate Pretrial Conference Statement that Defendant had notice of the previously scheduled final pretrial conference and stated he would not be attending the pretrial conference.  Defendant shall attend the final pretrial conference scheduled to commence in courtroom 10 at 1:30 p.m. on March 17, 2008.[2]  Failure to attend the scheduled final pretrial conference could result in Defendant's answer being stricken at the scheduled hearing, and Defendant being subject to default judgment proceedings.

The Clerk shall serve a copy of the order filed January 9, 2008 on Defendant at the following address, and serve all future documents on Defendant at said address:

>     James E. Zoucha
>     131 Monroe Street
>     Oceanside, CA 92057

IT IS SO ORDERED.

Dated:  February 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] The Status (Pretrial Scheduling) Order filed on December 7, 2006 prescribed that "all persons representing themselves and appearing in propria persona **must attend** the pretrial conference" (emphasis added).