IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NRA CONSTRUCTION COMPANY, INC., )
                                ) 02:06-cv-000434-GEB-GGH
                                )
       Plaintiff,        ) <u>ORDER</u>
                                )
  v.                           )
                                )
EAI INTERNATIONAL; JAMES E. ZOUCHA, )
                                )
       Defendants.     )

The final pretrial conference scheduled for April 6, 2009, is rescheduled to April 27, 2009, commencing at 11:00 a.m. This continuance is for the purpose of providing the parties with an opportunity to explain why a partial judgment should be entered in this action as requested in the documents filed on March 26, 2009 (Document numbers 76 and 77).

IT IS SO ORDERED.

Dated: March 27, 2009

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge