Deborah E. G. Wilder  C.S.B. #107914
635 Mariners Island, Blvd, Suite 200
San Mateo, CA  94404
Telephone: (650) 522-4400
Fax: (650) 522-4402

Attorney for  United States of America, for the Use and Benefit of NRA Construction Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefits of NRA CONSTRUCTION COMPANY, INC., a California corporation<br><br>Plaintiff<br>V<br><br>EAI INTERNATIONAL, A California corporation and JAMES E. ZOURCHA, an individual surety.<br><br>Defendants | CASE NO.: 2:06-CV-00434-GEB-GGH<br><br>**ORDER AND ENTRY OF JUDGMENT** |

Based on the filing of the Stipulated Judgment in this action, Judgment shall be entered against Defendant James Zoucha, and in favor of Plaintiff Use and Benefits of NRA Construction Company, Inc., in the amount of $58,882.89.

**IT IS SO ORDERED:**

Date:  April 7, 2009

GARLAND E. BURRELL, JR.
United States District Judge

ORDER AND ENTRY OF JUDGMENT - 1