Deborah E. G. Wilder  C.S.B. #107914
635 Mariners Island, Blvd, Suite 200
San Mateo, CA  94404
Telephone: (650) 522-4400
Fax: (650) 522-4402

Attorney for  United States of America, for the Use and Benefit of NRA Construction Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefits of NRA CONSTRUCTION COMPANY, INC., a California corporation<br><br>　　　　Plaintiff<br>V<br><br>EAI INTERNATIONAL, A California corporation and JAMES E. ZOURCHA, an individual surety.<br><br>　　　　Defendants | CASE NO.: 2:06-CV-00434-GEB-GGH<br><br>**ORDER DISMISSING DEFENDANT EAI INTERNATIONAL** |

EAI INTERNATIONAL, having filed bankruptcy, has had all actions in this matter stayed.  EAI INTERNATIONAL has been discharged in bankruptcy and thus any debt own by EAI INTERNATIONAL in this matter to any party is likewise discharged.

**IT IS SO ORDERED:**

Date: 4/7/09

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

**ORDER DISMISSING DEFENDANT EAI  INTERNATIONAL**- 1